AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA (Northern Division)__

KATELYN CARAWAY, a minor, by and through her Mother/Next Friend, Kristy Caraway, et al.

V.

PACTIV Corporation and Louisiana-Pacific Corporation

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06-CV-904-LES

TO: (Name and address of Defendant)

Louisiana-Pacific Corporation
c/o Bernard Taylor
Alston & Bird
1201 W. Peachtree Street
Atlanta, GA 30309

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

W. Eason Mitchell
The Colom Law Firm
Post Office Box 866
Columbus, MS 39703-0866

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(By) DEPUTY CLERK

DATE 10/10/06

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA (Northern Division)

KATELYN CARAWAY, a minor, by and through her Mother/Next Friend, Kristy Caraway, et al.

V.

PACTIV Corporation and Louisiana-Pacific Corporation

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06CV-904-LES

TO: (Name and address of Defendant)

PACTIV Corporation
c/o John Berghoff, Jr., Esq.
Mayer, Brown, Rowe & Maw
71 South Wacker Drive
Chicago, IL 60606

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

W. Eason Mitchell
The Colom Law Firm
Post Office Box 866
Columbus, MS 39703-0866

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE 10/10/06