**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

December 27, 2006

# NOTICE OF NON-COMPLIANCE

To:     ALL COUNSEL OF RECORD

**Case Style:  K. C. et al v. Pactiv Corporation et al**

**Case Number: 2:06cv904-LES-CSC**

**Referenced Pleading:  Motion to Dismiss ; Brief and Support; and Answer**

**Docket Entry Number: #5, #6,  and #7**

**The referenced pleadings electronically filed on 12/22/06 were filed in error.  These pleadings should have been filed in the Lead Case: 2:06cv83-LES.**

**These pleading are hereby STRICKEN from the record and the parties are instructed to disregard the entry of these pleadings on the court's docket.**